IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHARON GARNAND,

    Plaintiff,

    v.                                                                                      No. 1:22-cv-00902-KWR-JFR

STONEWORLD COMPANY, Inc.,

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** comes before the Court upon Plaintiff's Verified Application for Temporary Restraining Order and Preliminary Injunction **(Doc. 1-1)** (the "Motion"). This case was originally filed in New Mexico state court. The motion has already been served upon Defendant. **Doc. 1.** The state court denied the request for temporary restraining order, and set the preliminary injunction motion for hearing on November 29, 2022. However, upon reviewing the record supplied by Defendant, it appears that no response has been filed. *See* Doc. 1-1 at 1 (state court docket). The Court finds that a response and reply are necessary before it rules on the preliminary injunction motion.

The Court **VACATES** the hearing set for November 29, 2022. Defendant shall respond to the motion **(Doc. 1-1)** within **fourteen (14) days** of the entry of this order. Plaintiff shall reply within **fourteen (14) days** of the filing of the response.

**IT IS SO ORDERED**.

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**