## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SHARON GARNAND,

      Plaintiff,

v.                                     No. 1:22-cv-00902-KWR-JFR

STONEWORLD COMPANY INC.,

      Defendant.

### SECOND STIPULATED ORDER EXTENDING BRIEFING SCHEDULE

**THIS MATTER** comes before the Court upon Plaintiff Sharon Garnand and Defendant Stoneworld Company, Inc. (collectively the "Parties") *Second Joint Motion to Extend Briefing Schedule* (**Doc. 7**). Noting the stipulation of the parties, and being otherwise fully advised in the premises, the Court **HEREBY FINDS**:

1.      There is good cause to extend the briefing deadlines set in the Court's *Stipulated Order Extending Briefing Schedule*, entered December 8, 2022 (Doc. 6) (the "Order") for twenty-eight (28) days.

2.      The Court is advised that the Parties continue to engage in good-faith settlement discussions which may lead to an amicable resolution of this matter without further Court action.

3.      However, a resolution of this case may not be reached before the times for filing the response and reply identified in the Order have passed.

4.      Accordingly, in furtherance of judicial economy and to encourage the possibility of settlement, the deadlines set in the Order shall be extended to allow the Parties additional time to engage in continued discussions.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**:

A.      The briefing deadlines set in the Court's *Stipulated Order Extending Briefing Schedule*, entered **December 8, 2022** (**Doc. 6**) are extended **for twenty-eight (28) days.**

B.      Accordingly, Defendant shall file a response to Plaintiff's Application by or before **February 8, 2023**, and Plaintiff shall file a reply within **fourteen (14) days** of the filing of the response.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**

**Stipulated:**

ROBLES, RAEL & ANAYA, P.C.

   *Approved by Jessica L. Nixon*
By:   *via email 1/5/23*
  Jessica L. Nixon
  Marcus J. Rael, Jr.
  Daniel J. Grunow
  500 Marquette Ave. NW Suite 700
  Albuquerque, NM 87102
  (505) 242-2228
  jnixon@roblesrael.com
  marcus@roblesrael.com
  daniel@roblesrael.com
  *Attorneys for Plaintiff Sharon Garnand*

AND

MODRALL, SPERLING, ROEHL,
 HARRIS & SISK, P.A.

By: */s/ Bryce H. Smith*
  Stan N. Harris
  Bryce H. Smith
  Post Office Box 2168
  500 Fourth St. N.W., Ste. 1000
  Albuquerque, New Mexico 87103-2168
  Telephone: (505) 848-1800
  sharris@modrall.com
  bsmith@modrall.com
  *Attorneys for Stoneworld Company Inc.*