IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHARON GARNAND,

    Plaintiff,

v.                                                                                       No. 1:22-cv-00902-KWR-JFR

STONEWORLD COMPANY INC.,

    Defendant.

## ORDER GRANTING
## JOINT MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' Notice of Settlement Agreement and Joint Motion to Dismiss [Doc. 13] and the Court being otherwise fully advised in the premises **FINDS** that the Joint Motion to Dismiss is **WELL-TAKEN** and should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED WITH PREJUDICE** in its entirety and the parties are to bear their own costs and fees.

**IT IS SO ORDERED.**

                                                                        KEA W. RIGGS
                                                        UNITED STATES DISTRICT JUDGE

**RESPECTFULLY SUBMITTED,**

MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.

By: */s/ Chandler R. Farnworth*
    Stan N. Harris
    Chandler R. Farnworth
    Post Office Box 2168
    500 Fourth St. N.W., Ste. 1000
    Albuquerque, New Mexico 87103-2168
    Telephone: (505) 848-1800
    sharris@modrall.com
    cfarnworth@modrall.com
    *Attorneys for Stoneworld Company Inc.*

AND

ROBLES, RAEL & ANAYA, P.C.

By: */s/ Jessica L. Nixon* *(approved via email 2-15-2023)*
    Jessica L. Nixon
    Marcus J. Rael, Jr.
    Daniel J. Grunow
    500 Marquette Ave. NW Suite 700
    Albuquerque, NM 87102
    (505) 242-2228
    jnixon@roblesrael.com
    marcus@roblesrael.com
    daniel@roblesrael.com
    *Attorneys for Plaintiff Sharon Garnand.*